UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSE CARABALLO,

Defendant.

**ORDER**

18 Cr. 37 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

There will be a conference in this matter on **April 1, 2022, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley, New York, New York.

Dated: New York, New York
March 23, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge