LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

**NATALI J.H. TODD**
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel:  718-797-3055
Fax: 718-504-3900
E-mail: *natali_todd@yahoo.com*
www.natalitoddlawyer.com

April 28, 2022

Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     U.S. v. Jose Carabello, S3 18 Cr. 00037 (PGG)

Dear Judge Gardephe:

    I was appointed to represent Mr. Carabello pursuant to CJA.  Mr. Carabello recently retained James Costo, Esq., to represent him and Mr. Costo has filed a notice of appearance on April 28, 2022 (see Doc. 181).  Accordingly, I respectfully request that I am relieved as counsel and permit the substitution of James Costo, Esq., as counsel for Mr. Carabello.  Thank you.

Respectfully,

*N. Todd*
Natali Todd, Esq.

**MEMO ENDORSED**:
The application is granted.  The Clerk of Court is directed to terminate Ms. Todd's appearance from the Docket.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: May 6, 2022