UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSE CARABALLO,

            Defendant.

**ORDER**

18 Cr. 37 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference previously scheduled for today is adjourned to **October 19, 2022, at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Upon the application of the Government, by and through Assistant United States Attorney Kiersten Fletcher (Dkt. No. 196), and with the consent of the Defendant, it is further ordered that the time between today and October 19, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the Defendant to quarantine due to his exposure to the COVID-19 virus and thus attend the next conference in this matter.

Dated: New York, New York
       October 12, 2022

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge