UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JOSE CARABALLO,<br><br>                    Defendant. | **ORDER**<br><br>18 Cr. 37 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The conference scheduled for today is adjourned to **October 21, 2022, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        October 19, 2022

                          SO ORDERED.

                          _____
                          Paul G. Gardephe
                          United States District Judge