UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      -against-

JOSE CARABALLO,

           Defendant.

**ORDER**

(S3) 18 Cr. 37 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court will conduct a change of plea hearing in this matter on **Wednesday, November 2, 2022, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        November 1, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge