UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JOSE CARABALLO,<br><br>Defendant. | **ORDER**<br><br>(S3) 18 Cr. 37 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Caraballo's sentencing is adjourned to **Tuesday, March 7, 2023 at 11:00 a.m.**

Dated: New York, New York
       February 24, 2023

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge