JAMES COSTO, ATTORNEY AT LAW
11 Park Place, Suite 1100
New York, New York 10007

(646) 543-0406
(917) 783-1505 (alt.)
(646) 619-4144 (fax)

JAMES COSTO
E-Mail: costolaw@gmail.com

March 9, 2023

Via ECF
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

           Re:    United States v. Jose Caraballo
                    S3 18cr. 37 (PGG)

Dear Hon. Judge Gardephe:

      As Your Honor is aware, I am the attorney for the Defendant Jose Caraballo in the above referenced matter. Due to previously scheduled travel plans, for both professional and family matters, I am requesting that the Sentencing currently scheduled for Defendant Caraballo be adjourned from March 17, 2023 until March 31, 2023, or another date more convenient to the Court. I have attempted to reschedule my plans, but cannot do so, as many things on my itinerary have been scheduled months in advance. I am currently scheduled to be out of the State of New York from March 14th through March 27th.

      I have contacted Assistant United States Attorney Camille Fletcher concerning my request, and the Government has consented.

      Please do not hesitate to contact me with any questions or concerns.

Sincerely yours,

*James Costo*
James Costo

**MEMO ENDORSED**: The application is GRANTED. Sentencing is adjourned to **April 3, 2023 at 3:00 p.m.**

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: March 13, 2023